FILED

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0521

———————————

PLANNED PARENTHOOD OF MONTANA, and
JOEY BANKS, M.D., on behalf of themselves and
their parents,

        Plaintiffs and Appellees,

   v.                               O R D E R

STATE OF MONTANA, by and through AUSTIN
KNUDSEN, in his official capacity as Attorney
General,

        Defendant and Appellant.

———————————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on January 19, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover page to include the name, the venue of the tribunal, and the judge in which the case originated or from which appeal is taken.

M. R. App. P. 11(6)(b)(v) requires that the cover page and first page of the brief include the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of respective counsel for the parties identifying the party counsel represents. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
January 20 2022